IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEANN WALTER,<br>5138 Dartmoor, Place,<br>Frederick, Maryland 21703,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MERRITT-CM1, LLC,<br>2066 Lord Baltimore Drive,<br>Baltimore, MD 21244,<br>*A Maryland Limited Liability Company,*<br><br>　　　　Defendant. | )<br>)<br>)<br>)　Case No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

Plaintiff DEANN WALTER, an individual, by and through her undersigned counsel, hereby files this Complaint and sues MERRITT-CM1, LLC, a Maryland Limited Liability Company, for injunctive relief, attorneys' fees and costs pursuant to 42 U.S.C. §§ 12181 et seq., ("Americans with Disabilities Act" or "ADA") and states as follows:

### JURISDICTION AND PARTIES

1. This is an action for declaratory and injunctive relief pursuant to Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181, et seq., (the "ADA"). This Court is vested with original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and the Local Rules of the United States District Court for the District of Maryland.

3. Plaintiff, DEANN WALTER, (hereinafter referred to as "MS. WALTER") is a resident of the State of Maryland.

4. MS. WALTER is a qualified individual with a disability under the ADA. MS.

WALTER suffers from Multiple Sclerosis (MS) and is disabled. MS. WALTER's disability, at all times material hereto, impairs her ability to walk, a major life activity, and requires her to use a scooter and/or cane to ambulate.

5. Due to her disability, Plaintiff is substantially impaired in several major life activities.

6. The Defendant, MERRITT-CM1, LLC, ("MERRITT" or "Defendant") is a Maryland Limited Liability Company, with its principal office in Baltimore, Maryland. Defendant is the record owner, lessee, and/or operator of the place of public accommodation including the real property and improvements which are the subject of this action, to wit: the Property, Columbia Market Place, generally located at 9400 Snowden River Pkwy, Columbia, Maryland 21045. The Defendant is responsible for complying with the obligations of the ADA.

7. All events giving rise to this lawsuit occurred in the District of Maryland, Howard County.

## COUNT I
## (VIOLATION OF TITLE III OF THE ADA)

8. The allegations set forth in paragraphs 1 – 7 above are incorporated by reference as if fully set forth herein.

9. The Columbia Market Place, ("the Property") is a place of public accommodation, subject to the ADA, generally located at 9400 Snowden River Pkwy, Columbia, Maryland 21045.

10. MS. WALTER has visited the Property and plans to return to the Property in the near future.

11. During her visits, MS. WALTER experienced serious difficulty accessing the

goods and utilizing the services therein due to the architectural barriers discussed herein.

12.   MS. WALTER continues to desire to visit the Property, but fears that she will experience serious difficulty due to the barriers discussed in herein which still exist.

13.   MS. WALTER plans to and will visit the Property in the near future to utilize the goods and services offered thereon.

14.   Defendant has discriminated and continues to discriminate against Plaintiff in violation of 42 U.S.C. §§ 12181 et seq. and 28 C.F.R. §§ 36.302 et seq. by excluding and/or denying Plaintiff the benefits of the goods and services located on the Property by failing to provide and/or correct, *inter alia*, the following barriers to access which were personally observed and encountered by Plaintiff:

> A. Inaccessible curb ramps throughout the Property due to steep curb ramps, especially near Royal Pizza and PARS Mideast Market; and
>
> B. Inaccessible parking due to excessive long slopes and lack of proper signage;
>
> C. Inaccessible routes to entrances due to vehicles blocking the route; and
>
> D. Inaccessible entrances due to lack of a level landing.

15.   To date, the readily achievable barriers and other violations of the ADA still exist and have not been remedied or altered in such a way as to effectuate compliance with the provisions of the ADA.

16.   Independent of her intent to return as a patron of the Property, Plaintiff additionally intends to return to the Property as an ADA tester to determine whether the barriers to access stated herein have been remedied.

17. Removal of the barriers to access located on the Property is readily achievable, reasonably feasible and easily accomplishable without placing an undue burden on the Defendant.

18. Removal of the barriers to access located on the Property would allow Plaintiff to fully utilize the goods and services located therein.

19. The Plaintiff has been obligated to retain the undersigned counsel for the filing and prosecution of this action. Plaintiff is entitled to have her reasonable attorneys' fees, costs, and expenses paid by Defendant pursuant to 42 U.S.C. § 12205.

WHEREFORE, the Plaintiff demands judgment against DEFENDANT and requests the following injunctive and declaratory relief:

    A. That the Court declare that the Property owned, administered and/or operated by DEFENDANT is in violation of the ADA;

    B. That the Court enter an Order directing DEFENDANT to alter its facilities to make them accessible to and useable by individuals with disabilities to the full extent required by Title III of the ADA;

    C. That the Court enter an Order directing DEFENDANT to evaluate and neutralize its policies and procedures towards persons with disabilities and to undertake and complete corrective procedures to the full extent required by the Title III of the ADA;

    D. That the Court award reasonable attorneys' fees, costs (including expert fees), and other expenses of suit, to the Plaintiff; and

E. That the Court award such other and further relief as it deems necessary, just and proper.

>Respectfully submitted,
>
>KU & MUSSMAN, P.A.
>*Attorneys for Plaintiff*
>6001 NW 153rd Street, Suite 100
>Miami Lakes, Florida 33014
>T: (305) 891-1322; F: (305) 891-4512
>
>By:  */s/ Robert King*
>    Robert King, Esq. (MD 07156)
>    Attorneys at Law
>    5303 Baltimore Ave.
>    Suite 210
>    Hyattsville, MD 20781
>    Tel: (301) 699-1340
>    Fax: (301) 699-1245
>    bobking@silverkinglaw.com